Neal Perez
# 321  4424125
Email  NealPerezss@gmail.com
Po Box  181001 CasselBerry FL 32718

2023 JAN -4 PM 12:26
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

# UNITED STATES DISTRICT COURT
## Middle District Of Florida

Case No: 2022CF00638A

| | |
|---|---|
| Neal Perez<br>plaintiff, | Notice of Removal<br>Diversity Under 28<br>U.S.C 28. § 1332 |
| V.<br>State of florida | |

To The Clerk of Middle District of florida please take Notice that, pursuant to 28 U.S.C § 1332(a) I hereby Removes this action From The Eighteenth Judicial Circuit Court of florida where it is currently pending as Case No. 2022CF00638A To the United States District Court Middle District of Florida

This court has original Jurisdiction over this action under 28 U.S.C § 1332(a) on the grounds that complete diversity Exists Between all parties and the amount in Controvesy Exceeds The sum of $75,000

1) tiltle 22 CFR § 93.1 - 93.2 The department of State has to Be notified of any Suite and in Return Notifie the United States citizen of Suite

2) Title 28 U.S.C 1330 states that The united states district court has to Grant permission For the suit to Be Pursued once the court has Been given adequate proof of my Corporate Status

3) The 11th Amendment States The Judicial power of the United States Shall not Be Construed to Extend to any Suit in Law or equity, Commenced or prosecuted against one of the United States By Citizens of another State or By Citizens or Subjects of any Foreign State

4) 22 CFR 92.12 - 92.31 FR Heading Forigen Relationships, States an oath is Required to take office

5) Title 8 U.S.C 1481 once an oath of office is taken Citizenship is Relinquished

6) Federal Rules of Civil procedure States that the courts Jurisdiction and immunity Fall under a foreign State

December 9th 1945 international organization immunities Act Relinquished ever puBlic office of The United States to the united Nations

28 U.S.C 1602 - 1611 Foreign Sovereign Immunity act, allows The Jurisdiction of a court 2 Be Challenged and the proper Jurisdiction to Be Stated

December 26, 1933 49 Stat 3097 Treaty Series 881 States congress Replace Statues with international Law placing all States under international Law.

This court has original Jurisdiction over this action under 28 U.SC § 1332(a) on the grounds that complete diversity exists Between all parties and the amount in Controvesy Exceeds the sum of $75,000

1) Title 28 U.SC 1330 states that the united states district court has to Grant permission For the suit to Be poorsed once The Court has Been given adequate proof of my Corporate Status

2) Title 28 USC.