2022CF00638A

Affidavit of Specific Negative Averment
(Sent with Notice and demand)
(conditional acceptance)

FILED
SEP 08 2022
CLERK SEMINOLE COUNTY

The undersigned Neal Perez Herein after "Affirment" does solemnly Affirm, declare and states as follows:

1) Affirmant is competent to state The matters set forth herein

2) Affirmant has First hand knowledge of the facts stated Herein

3) All the facts herein are true, correct, complete and admissible as evidence and are called upon as a witness, Affirmant will testify to their veracity

1) The affirmant see No verifiable evidence that the State of Florida, Sanford Police Department and All public Servants/Resopondents listed Herein pertaining to Reference 2202CF000638A. ARe not acting under the color of LAW. Affirmant believes No Evidence to the Contrary exists.

2) The affirmant sees No verifiable evidence that any attempt to conspire and deprive me of my Rights while acting under the color of LAW is Not A crime. affirmant believes No evidence to the Contrary Exists

3) The affirmant sees No verifiable evidence That all Resopondents who conspire to deprive me of my Rights are Not liable affirmant belives No evidence to the contrary Exists

4) affirmant sees No verifiable evidence that the governed are Not governed By their consent affirmant believes No evidence to the contrary Exist

5) affirmant Sees No verifiable evidence That I have consented To these proceedings affirmant Belives No evidence to the Contray Exist.

6) affirmant sees No verifiable evidence of the State of florida, Sanford police Department, all public Servants/Respondent's Listed Herein Jurisdiction to proceed in this Action. Affirmant Belives No evidence to the Contray Exist.

4/11/2022

Reference: 2202CF000638A

Thank your For your presentment. I Neal Perez The Living man conditionally accept upon proof of Claim, mutual assent expressed By A valid offer and acceptance adequate Consideration, Mutuality of obligation. After Searching For A Record of A Full discloser of A contract including The state of Florida, Sanford police Department, public servants, And Neal Perez The living man. NO Records indicating That any LAW has Been Broken or proof of any contract that has Been Breached, I have Not Found proof of a personal injury Claimant, or proof of property damage.

<u>Notice</u>

The state of Florida, Sanford police Department, and all public servants Respondent's listed herein

in Regard to Statute 893.13(6)/(A) who have deprived me and continue 2 conspire 2 depriv me of my Rights under the color of LAw Shall Be Liable pursuant to 42 US code §1983 The State of Florida, Sanford police department, and All puBlic Servants ARe given 15 Business days From the Receipt of this Notice to provide proof of my obligation to Be compelled to perform under color of Any Law statute ordinance, Regulation or custom. Failure to do So in the Form of Affidavit Sworn to under Full commercial Liability And penalty of perJury By A Bonded official Filed in Case Number 2022CF000638A. Souto, Melissa D. is called upon to Be a witness. Any Response Not made under full penalty of peJury and commercial liability By a Bonded official

Will Be considered Frivolous and constitute Fraud and Liability Pursuant to Title 18 section 241 And 242 in the amount of $10,000 per infraction

| | |
|---|---|
| Illegal Search and Seizure | $10,000 |
| False arrest | $10,000 |
| False imprisonment | $10,000 |
| Grand theft | $10,000 |
| Abuse by A public official | $10,000 |
| Battery | $10,000 |
| Invasion of privacy | $10,000 |
| willfull Negligence | $10,000 |
| Denial of due process of Law | $10,000 |
| Fraud | $10,000 |
| deprivation of Rights | $10,000 |
| Conspiracy Against Rights | $10,000 |

I Reserve my Right to Lien, Levy, garnish. All Bank accounts commercial and private, All Real and personal Property commercial and private. of The State of Florida, Sanford police Department, All public Servants/Respondents Listed Herein: By way of "Including But Not Limited To" Default Judgment, Writ of attachment, UCC-1 Filing Statement in attempt to Recover all damages. I also Reserve the Right to Remove all public Servants/Respondents Listed Herein From office For a term of one year minimum. of indefinitely as I see fit.

Public Servant
Respondents

Reginald Stapler

Eric Trevor Collins

Donavan Wagner

Bryanna Bynum

Paul Brill

Martine Mccarthy

Ned Lamont

Ron Desantis

Cecil Smith

State of Florida

Notice of default

The State of Florida, Sanford Police Department and all public Servant's Resopondent's listed Herein are Given Notice of default. All Resopondent's were given 30 day's to Rebut my affidavit Under full penalty of perJury and commercial Liability By A Bonded official and Have failed to do so and are liable. Deprivation and conspiracy of Rights acting under the color of LAW pursuant to Title 42 US code § 1983 And Title 18 Sec 241 and 242.

## Notice of fault
## Opportunity to Cure

The State of Florida, Sanford police Department, and all public Servant's Resopondent's Listed Herein are given Notice of fault and opportunity to cure and in good faith are given 15 additional calendar days to Respond failure to do so will Result in acquiescence and liability

Sworn to (or affirmed) and Subscribed Before me this day of September 07, 22 By Neal Perez

Signature of Notary
David W. Knight

Personally Known
Typ of Identification Produced:
Fla ID Card P620-620-77-333-0

DAVID W. KNIGHT
Commission # HH 076902
Expires April 30, 2025
Bonded Thru Budget Notary Services

page 11 of 11

# Affidavit of Obligation
(Sent with Bond Request)
Letter

The undersigned Neal Perez herein after "Affirment" does, solemnly Affirm declare and states as follows:

1) Affirmant is competent to state the matters set forth Herein

2) Affirmant has First hand Knowledge of the facts Stated Herein

3) All the facts Herein are true, correct, complete and admissible as evidence and are called upon as a witness, Affirmant will testify to their veracity.

The State of Florida, Sanford Police Department, and all public servants / Respondents Listed Herein. were given 30 days to Respond to my affidavit in the form of written affidavit Sworn to under full penalty of perjury and Commercial Liability By a Bonded official and Have failed to do so in the allotted time and are Hereby given Notice of their obligation to satisfy the claim. in the amount of $120000 , each Respondent.
Judge Souto, Melissa D. Response is Frivolous and Notwithstanding in Law

This is a Request under the Freedom of information act, The Sunshine Act, and FLa Stat. Sec. 119.01 et. seq. I Request that a photocopy of the following documents Be provided to me For each Public Servant/Respondents Listed in my Notice and demand that con Be Found in Case # 2022cF00638A.

1) A copy of your public official Surety Bond according to the Florida Revised code 113.071 Sureties upon official Bonds

2) oath of office.

Please Supply me with a photocopy of the documents I have Requested within the next (72) Hours under the FOIA Act For the State of Florida you are Required to supply anyone a copy of this information if Requested.

Sworn to (or affirmed) and subscribed Before me this day of 10/10/2022 By Neal Perez

State of Florida   County of Seminole
The foregoing instrument was acknowledged before me this 10 day of October, 2022.
By Neal Perez
Personally known ___ OR produced identification ✓
Type of identification produced Florida Identification Card

Signature of Notary

My Commission Expires: 06/04/2026 , Notary Public

Notary Public State of Florida
Lance Morrison
My Commission
HH 271291
Exp. 6/4/2026

Type of identification

Florida Identification Card